PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  SUZANNE OKIMOTO,          Case Number:  CR 01-00313HG-13
                   aka "Cookie"

Name of Sentencing Judicial Officer:  The Honorable Helen Gillmor
                                      Chief U.S. District Judge

Date of Original Sentence:  9/23/2002

Original Offense:  Count 1: Conspiracy to Possess in Excess of 50 Grams of Methamphetamine With Intent to Distribute, in violation of 21 U.S.C. § 846, a Class A felony

Original Sentence:  Forty-eight (48) months imprisonment to be followed by five (5) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; 4) That the defendant participate in a mental health program at the discretion and direction of the Probation Office; and 5) That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision:  Supervised Release      Date Supervision Commenced:  2/1/2005

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

General Condition:   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).

## CAUSE

The offender has a significant history of substance abuse, including the use of marijuana, crack cocaine, hallucinogens, and methamphetamine. Since starting supervision, the offender successfully completed treatment and was discharged from a substance abuse program. However, in light of the ruling in Stephens (United States v. Stephens, Ninth Circuit 2005), the Court is required to order the number of drug tests outside of treatment. Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse is recommended in this case. Drug testing is the most reliable method for monitoring the offender's possible drug use.

Therefore, it is respectfully recommended that the Court modify the conditions of supervision to allow the Probation Office to conduct random drug testing at the rate of up to eight (8) tests per month.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

3

offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

*[signature]*

SYDNEY L. FLEMING
U.S. Probation Officer

Approved by:

*[signature]*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/26/2008

---

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*

HELEN GILLMOR
Chief U.S. District Judge

3 · 5 · 08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition:* *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____     Signed: _____
SYDNEY L. FLEMING                                       SUZANNE OKIMOTO
U.S. Probation Officer                                        Supervised Releasee

2/21/08
Date